FILED by SW D.C.
ELECTRONIC

Jun 13 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80837-CIV-COHN/SNOW

ARLISA HICKMAN, LEITHA EMORY, and
TERESA RODRIGUEZ, individually and on
behalf of others similarly situated,

        Plaintiffs,

v.

APPLIED CARD SYSTEMS, INC., and
ROCCO A. ABESSINIO, individually,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, Applied Card Systems, Inc., and Rocco A. Abessinio, with the consent of counsel for the Plaintiffs, hereby give notice of a settlement of all issues in this case. It is anticipated that the Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreement will be filed by Friday, June 17, 2005, pursuant to the procedure outlined in *Lynn's Food Stores, Inc. v. United States of America*, 679 F.2d 1350, 1353 (11th Cir. 1982). In the interests of judicial economy and the orderly administration of justice, the parties ask that the Court enter an Order staying all matters in this case until ten days after the Court enters an Order on the parties' joint motion requesting approval of settlement should any responses be necessary at that time.

1-MI/554039.1

MORGAN, LEWIS & BOCKIUS LLP
5300 WACHOVIA FINANCIAL CENTER, 200 S. BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-2339 • TELEPHONE (305) 415-3000

1 of 2

134/ss

Case No. 3:04-CV-177-J-12MCR

DATED this 13th day of June, 2005.

>Respectfully submitted,
>
>Morgan, Lewis & Bockius LLP
>Counsel for Defendant Applied Card Systems, Inc.
>and Rocco A. Abessinio
>5300 Wachovia Financial Center
>200 South Biscayne Boulevard
>Miami, Florida  33131-2339
>Telephone:  305.415.3303
>eFacsimile:  877.432.9652
>
>/s/_____
>Mark E. Zelek
>  Florida Bar No. 0667773
>  *Email: mzelek@morganlewis.com*
>Beth S. Joseph
>  Florida Bar No. 0062952
>  *Email: bjoseph@morganlewis.com*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail to Sam J. Smith, Esquire & Marguerite M. Longoria, Esquire, Burr & Smith, 442 W. Kennedy Blvd., Suite 300, Tampa, FL 33606, and Robert S. Norell, Robert S. Norell, P.A., 8751 W. Broward Boulevard, Suite 410, Plantation, FL  33324 this 13th day of June, 2005.

>/s/_____
>Beth S. Joseph

MORGAN, LEWIS & BOCKIUS LLP
5300 WACHOVIA FINANCIAL CENTER, 200 S. BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-2339 • TELEPHONE (305) 415-3000