UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

CASE NO.: 04-80837-CIV-COHN/SNOW

ARLISA HICKMAN, LEITHA EMORY,
and TERESA RODRIGUEZ, individually
and on behalf of others similarly situated,

    Plaintiffs,

vs.

APPLIED CARD SYSTEMS, INC., and
ROCCO A. ABESSINIO,

    Defendants.
_____/



FILED by QB D.C.

JUL 0 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion Requesting Approval of Settlement Agreement and Entry of an Order of Dismissal [DE #135]. The Court has carefully reviewed the parties' motion and is otherwise fully advised in the premises.

The parties have entered into a settlement agreement disposing of all claims brought by Plaintiffs. The Court, having reviewed the executed settlement agreement, finds that the agreement represents a reasonable compromise of the Plaintiffs' claims pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law. It is thereupon,

**ORDERED AND ADJUDGED** as follows:

(1) Plaintiffs' Motion to Amend the Complaint [DE #127] is hereby **GRANTED**. Plaintiffs' Amended Complaint is deemed filed as of the date of this Order.

136

(2) Plaintiffs' Motion to Intervene [DE #127] is hereby **GRANTED**.

(3) The parties' Joint Motion Requesting Approval of Settlement Agreement and Entry of an Order of Dismissal [DE #135] is hereby **GRANTED**.

(4) The above-styled case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs, except as set forth in the parties' settlement agreement.

(5) The Court shall retain jurisdiction to enforce the terms of the settlement agreement and to determine the amount of attorneys' fees and costs to be paid to Plaintiffs' counsel if the parties are unable to resolve this issue.

(6) All pending motions are **DENIED AS MOOT**.

(7) The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of July, 2005.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies Furnished:
Beth S. Joseph, Esq.
Robert S. Norell, Esq.
Sam J. Smith, Esq.
Mark E. Zelek, Esq.